THE HONORABLE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS HUNICHEN, individually and on behalf of all others similarly situated,<br><br>v.<br><br>Atonomi LLC, a Delaware LLC, CENTRI Technology, Inc., a Delaware Corporation, Vaughan Emery, David Fragale, Rob Strickland, Kyle Strickland, Don DeLoach, Wayne Wisehart, Woody Benson, Michael Mackey, James Salter, and Luis Paris,<br><br>                Defendants. | No. 2:19-cv-00615-MAT<br><br>NOTICE OF APPEARANCE |

**TO:**   All Parties and Their Counsel of Record

PLEASE TAKE NOTICE of the appearance in this litigation of defendant Don DeLoach by and through the undersigned counsel.  Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel.

NOTICE OF APPEARANCE (NO. 2:19-CV-00615) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

144490419.1

DATED this 24th day of May, 2019.

s/ Sean C Knowles, WSBA No. 39893
Sean C Knowles
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: sknowles@perkinscoie.com

Attorneys for Defendant Don DeLoach

NOTICE OF APPEARANCE (NO. 2:19-CV-00615) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

144490419.1

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on May 24, 2019, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record:

| Joel B. Ard, WSBA # 40104<br>Ard Law Group PLLC<br>P.O. Box 11633<br>Bainbridge Island, WA 98110<br>*Attorneys for Plaintiff* | Angus F. Ni, WSBA # 53828<br>AFN Law PLLC<br>506 2nd Ave, Suite 1400<br>Seattle, WA 98104<br>*Attorneys for Plaintiff* |
|---|---|

DATED this 24th day of May, 2019.

s/ Sean C Knowles, WSBA No. 39893
Sean C Knowles

CERTIFICATE OF SERVICE
(NO. 2:19-CV-00615) – 1

144490419.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000