THE HONORABLE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS HUNICHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATONOMI LLC, a Delaware LLC, CENTRI TECHNOLOGY, INC., a Delaware Corporation, VAUGHAN EMERY, DAVID FRAGALE, ROB STRICKLAND, KYLE STRICKLAND, DON DELOACH, WAYNE WISEHART, WOODY BENSON, MICHAEL MACKEY, JAMES SALTER, and LUIS PARIS,<br><br>Defendants. | No. 2:19−cv−00615−RAJ−MAT<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR TEMPORARY RELIEF FROM INITIAL SCHEDULING DEADLINES PENDING DECISION ON MOTION FOR RELIEF FROM INITIAL SCHEDULING DEADLINES (ECF NO. 22)<br><br>NOTE ON MOTION CALENDAR:<br>July 2, 2019 |

WHEREAS, on June 17, 2019, the Court entered an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, ECF No. 11 (the "Initial Scheduling Order");

WHEREAS, on June 27, 2019, in accord with procedures stated in the Initial Scheduling Order, the Atonomi Defendants emailed Courtroom Deputy Kadya Peter requesting, among other things, a stay of the deadlines imposed in the Initial Scheduling Order pending resolution of a forthcoming motion to compel arbitration and, if necessary, a temporary stay of those same

STIPULATED MOTION FOR TEMPORARY
RELIEF FROM INITIAL SCHEDULING
DEADLINES (Case No. 2:19−cv−00615) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

144884570.1

deadlines pending resolution of any motion for relief from the deadlines in the Initial Scheduling Order pending resolution of the motion to compel arbitration;

WHEREAS, on July 1, 2019, Courtroom Deputy Timothy Farrell advised the parties that "[t]he deadlines will remain as they are until any motion to compel, or otherwise, is filed" (emphasis added);

WHEREAS, on July 2, 2019, defendants Atonomi LLC, Centri Technology LLC, Vaughan Emery, Rob Strickland, Kyle Strickland, Don DeLoach, Wayne Wisehart, Woody Benson, Michael Mackey, James Salter, and Luis Paris (collectively, the "Atonomi Defendants") filed a Motion for Relief from Initial Scheduling Deadlines Pending Decision on Motion to Compel Arbitration, ECF No. 22 (the "Motion");

WHEREAS, the Motion is noted for consideration on July 12, 2019;

WHEREAS, the first deadline in the Initial Scheduling Order is July 8, 2019, for the Federal Rule of Civil Procedure 26(f) conference;

WHEREAS, extending the deadlines set in the Initial Scheduling Order pending resolution of the Motion will preserve judicial and party resources;

WHEREAS, all the parties to this action have conferred and agreed among themselves to jointly request the Court to (1) stay the deadlines in the Initial Scheduling Order pending the Court's resolution of the Motion, and (2) issue new deadlines for the parties if the Motion is denied.

NOW, THEREFORE, the parties, through their counsel of record, jointly move as follows:

1. The parties respectfully request the Court to stay deadlines imposed in the Court's Initial Scheduling Order pending resolution of the Motion.

2. The parties respectfully request the Court to issue new deadlines for the events identified in the Initial Scheduling Order if the Motion is denied.

STIPULATED MOTION FOR TEMPORARY RELIEF FROM INITIAL SCHEDULING DEADLINES (Case No. 2:19−cv−00615) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

144884570.1

DATED: July 2, 2019

| | |
|---|---|
| *s/ Joel B. Ard* | *s/ Sean C. Knowles* |
| Joel B. Ard, WSBA # 40104 | Sean C. Knowles, WSBA No. 19893 |
| Ard Law Group PLLC | Joseph E. Bringman, WSBA No. 15236 |
| P.O. Box 11633 | Zachary E. Davison, WSBA No. 47873 |
| Bainbridge Island, WA 98110 | **Perkins Coie LLP** |
| Phone: (206) 701-9243 | 1201 Third Avenue, Suite 4900 |
| Email: joel@ard.law | Seattle, WA 98101-3099 |
| | Telephone: 206.359.8000 |
| | Facsimile: 206.359.9000 |
| Angus Ni, WSBA # 53828 | E-mail: sknowles@perkinscoie.com |
| AFN Law PLLC | jbringman@perkinscoie.com |
| 506 Second St., Ste.1400 | zdavison@perkinscoie.com |
| Seattle, WA 98104 | |
| Telephone: (773) 543-3223 | Keith W. Miller (*Admitted Pro Hac Vice*) |
| Email: angus@afnlegal.com | **Perkins Coie LLP** |
| | 1155 Avenue of the Americas |
| | 22nd Floor |
| William Restis (*Admitted Pro Hac Vice*) | New York, NY 10036 |
| Restis Law Firm, P.C. | Telephone: (212) 262-6000 |
| 402 West Broadway, Suite 1520 | E-mail: keithmiller@perkinscoie.com |
| San Diego, CA 92101 | |
| Telephone: (619) 270-8383 | Attorneys for Defendants Atonomi LLC, CENTRI Technology, Inc., Vaughan Emery, Rob Strickland, Kyle Strickland, Don DeLoach, Wayne Wisehart, Woody Benson, Michael Mackey, James Salter, and Luis Paris |
| Email: william@restislaw.com | |
| Attorneys for Plaintiff | |
| | *s/ Ryan S. Moore* |
| | Ryan S. Moore, WSBA No. 50098 |
| | HOUSER & ALLISON, APC |
| | 600 University St., Ste. 1708 |
| | Seattle, WA 98101 |
| | Telephone: (206) 596-7838 |
| | Facsimile: (206) 596-7839 |
| | Email: rmoore@houser-law.com |
| | |
| | Steven M. Veenema (*Admitted Pro Hac Vice*) |
| | Murphy & King, P.C. |
| | One Beacon Street |
| | 21st Floor, |
| | Boston, MA 02108 |
| | Telephone: (617)-423-0400 |
| | Facsimile: (617)-423-0498 |
| | Email: sveenema@murphyking.com |
| | |
| | Attorneys for Defendant David Fragale |

STIPULATED MOTION FOR TEMPORARY
RELIEF FROM INITIAL SCHEDULING
DEADLINES (Case No. 2:19−cv−00615) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

144884570.1

## **ORDER**

IT IS SO ORDERED this 8th day of July, 2019.

_[signature]_

Mary Alice Theiler
United States Magistrate Judge

Presented by:

_s/ Joel B. Ard_
Joel B. Ard, WSBA # 40104
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243
Email: joel@ard.law

Angus Ni, WSBA # 53828
AFN Law PLLC
506 Second St., Ste.1400
Seattle, WA 98104
Telephone: (773) 543-3223
Email: angus@afnlegal.com

William Restis (*Admitted Pro Hac Vice*)
Restis Law Firm, P.C.
402 West Broadway, Suite 1520
San Diego, CA 92101
Telephone: (619) 270-8383
Email: william@restislaw.com

Attorneys for Plaintiff

//
//
//
//
//
//
//
//

STIPULATED MOTION FOR TEMPORARY
RELIEF FROM INITIAL SCHEDULING
DEADLINES (Case No. 2:19−cv−00615) – 4

144884570.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

*s/ Sean C. Knowles*
Sean C. Knowles, WSBA No. 19893
Joseph E. Bringman, WSBA No. 15236
Zachary E. Davison, WSBA No. 47873
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: sknowles@perkinscoie.com
 jbringman@perkinscoie.com
 zdavison@perkinscoie.com

Keith W. Miller (*Admitted Pro Hac Vice*)
**Perkins Coie LLP**
1155 Avenue of the Americas
22nd Floor
New York, NY 10036
Telephone: (212) 262-6000
E-mail: keithmiller@perkinscoie.com

Attorneys for Defendants Atonomi LLC,
CENTRI Technology, Inc., Vaughan Emery,
Rob Strickland, Kyle Strickland, Don DeLoach,
Wayne Wisehart, Woody Benson, Michael Mackey,
James Salter, and Luis Paris

*s/ Ryan S. Moore*
Ryan S. Moore, WSBA No. 50098
HOUSER & ALLISON, APC
600 University St., Ste. 1708
Seattle, WA 98101
Telephone: (206) 596-7838
Facsimile: (206) 596-7839
Email: rmoore@houser-law.com

Steven M. Veenema (*Admitted Pro Hac Vice*)
Murphy & King, P.C.
One Beacon Street
21st Floor,
Boston, MA 02108
Telephone: (617)-423-0400
Facsimile: (617)-423-0498
Email: sveenema@murphyking.com

Attorneys for Defendant David Fragale

STIPULATED MOTION FOR TEMPORARY
RELIEF FROM INITIAL SCHEDULING
DEADLINES (Case No. 2:19−cv−00615) – 5

144884570.1