THE HONORABLE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS HUNICHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATONOMI LLC, a Delaware LLC, CENTRI TECHNOLOGY, INC., a Delaware corporation, VAUGHAN EMERY, DAVID FRAGALE, ROB STRICKLAND, KYLE STRICKLAND, DON DELOACH, WAYNE WISEHART, WOODY BENSON, MICHAEL MACKEY, JAMES SALTER, and LUIS PARIS,<br><br>Defendants. | No. 2:19-cv-00615-RAJ-MAT<br><br>ORDER GRANTING ATONOMI DEFENDANTS' MOTION FOR RELIEF FROM INITIAL SCHEDULING DEADLINES PENDING DECISION ON MOTION TO COMPEL ARBITRATION<br><br>[PROPOSED] |

THE COURT, having considered the Atonomi Defendants' Motion for Relief from Initial Scheduling Deadlines Pending Decision on Motion to Compel Arbitration (the "Motion"), the papers submitted by the parties in support of and in opposition to the motion, and the files and pleadings in this case, and being fully advised in the premises, now, therefore, it is hereby

ORDERED that the Atonomi Defendants' Motion be, and the same hereby is, GRANTED. All discovery-related deadlines, including the deadlines for the Fed. R. Civ. P. 26(f) Conference, Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1), and the Combined Joint Status Report and

ORDER GRANTING ATONOMI DEFENDANTS'
MOTION FOR RELIEF FROM DEADLINES
(No. 2:19-cv-00615-RAJ-MAT) – 1

144830736.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Discovery Plan required by Fed. R. Civ. P. 26(f) and Local Civ. R. 26(f), are hereby stayed pending the Court's ruling on the Atonomi Defendants' motion to compel arbitration.

DATED this 8th day of July, 2019.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

By: s/ Sean C. Knowles
Sean C. Knowles, WSBA #39893
Joseph E. Bringman, WSBA #15236
Zachary E. Davison, WSBA #47873
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: SKnowles@perkinscoie.com
JBringman@perkinscoie.com
ZDavison@perkinscoie.com

Attorneys for Defendants Atonomi LLC,
CENTRI Technology, Inc., Vaughan Emery,
Rob Strickland, Kyle Strickland, Don Deloach,
Wayne Wisehart, Woody Benson,
Michael Mackey, James Salter, and Luis Paris

ORDER GRANTING ATONOMI DEFENDANTS'
MOTION FOR RELIEF FROM DEADLINES
(No. 2:19-cv-00615-RAJ-MAT) – 2

144830736.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000