THE HONORABLE RICHARD A. JONES

(On Reference to the Honorable Mary Alice Theiler)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS HUNICHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATONOMI LLC, a Delaware LLC, CENTRI TECHNOLOGY, INC., a Delaware corporation, VAUGHAN EMERY, DAVID FRAGALE, ROB STRICKLAND, KYLE STRICKLAND, DON DELOACH, WAYNE WISEHART, WOODY BENSON, MICHAEL MACKEY, JAMES SALTER, and LUIS PARIS,<br><br>Defendants. | No. 2:19-cv-00615-RAJ-MAT<br><br>ORDER GRANTING ATONOMI DEFENDANTS' MOTION TO FILE OVERLENGTH MOTION TO COMPEL ARBITRATION AND STAY COURT PROCEEDINGS OR, IN THE ALTERNATIVE, TO DISMISS<br><br>[~~PROPOSED~~] |

THE COURT, having considered the Atonomi Defendants' Motion to File Overlength Motion to Compel Arbitration and Stay Court Proceedings or, in the Alternative, to Dismiss (the "Motion") and the files and pleadings in this case, and being fully advised in the premises, now, therefore, it is hereby

ORDERED that the Atonomi Defendants' Motion be, and the same hereby is, GRANTED. The Atonomi Defendants' consolidated Motion to Compel or Dismiss shall be no more than 32

ORDER GRANTING ATONOMI DEFENDANTS' MOTION TO FILE OVERLENGTH MOTION TO COMPEL ARBITRATION AND STAY COURT PROCEEDINGS OR, IN THE ALTERNATIVE, TO DISMISS (No. 2:19-cv-00615-RAJ-MAT) – 1

134847-0001/145006718.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

pages. Plaintiff's brief in opposition shall be no more than 32 pages. The Atonomi Defendants' reply brief shall be no more than 16 pages.

DATED this 19th day of July, 2019.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

By: s/ Sean C. Knowles
Sean C. Knowles, WSBA #39893
Joseph E. Bringman, WSBA #15236
Zachary E. Davison, WSBA #47873
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: SKnowles@perkinscoie.com
JBringman@perkinscoie.com
ZDavison@perkinscoie.com

Attorneys for Defendants Atonomi LLC,
CENTRI Technology, Inc., Vaughan Emery,
Rob Strickland, Kyle Strickland, Don Deloach,
Wayne Wisehart, Woody Benson,
Michael Mackey, James Salter, and Luis Paris

ORDER GRANTING ATONOMI DEFENDANTS' MOTION TO
FILE OVERLENGTH MOTION TO COMPEL ARBITRATION
AND STAY COURT PROCEEDINGS OR, IN THE
ALTERNATIVE, TO DISMISS (No. 2:19-cv-00615-RAJ-MAT) – 2

134847-0001/145006718.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000