HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS HUNICHEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ATONOMI LLC, et al.,<br><br>    Defendants. | Case No. 2:19-cv-00615-RAJ-MAT<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, Atonomi Defendants' objections, and the remaining record, finds and ORDERS as follows:

1. Oral argument, although requested by Atonomi Defendants, is unnecessary;

2. The Report and Recommendation is **ADOPTED**;

3. Defendants' Motion to Compel Arbitration and Stay Court Proceedings or, in the Alternative, to Dismiss (Dkt. # 31) is **DENIED**;

4. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 21st day of April, 2020.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER – 1