THE HONORABLE RICHARD A. JONES
(On Reference to the Honorable Mary Alice Theiler)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRIS HUNICHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Atonomi LLC, a Delaware LLC, CENTRI Technology, Inc., a Delaware Corporation, Vaughan Emery, David Fragale, Rob Strickland, Kyle Strickland, Don Deloach, Wayne Wisehart, Woody Benson, Michael Mackey, James Salter, and Luis Paris<br><br>Defendants. | No. 19-2-cv-00615-RAJ-MAT<br><br>[~~PROPOSED~~] **ORDER ON STIPULATED MOTION FOR EXTENSION TO FILE RESPONSIVE PLEADINGS**<br><br>**NOTED ON MOTION CALENDAR:<br>May 5, 2020** |

Based on the foregoing Stipulated Motion:

IT IS HEREBY ORDERED that Defendants Motion for Extension to File Responsive Pleadings is GRANTED. Defendants have up to and including May 15, 2020 to file a responsive pleading to Plaintiffs' First Amended Class Action Complaint.

DATED this <u>6th</u> day of May, 2020.

_____
Mary Alice Theiler
United States Magistrate Judge

[PROPOSED] ORDER ON STIPULATED MOT. FOR
EXTENSION TO FILE RESPONSIVE PLEADINGS -1-

GORDON REES SCULLY MANSUKHANI
101 W. Broadway, Ste 2000, San Diego, CA  92101