In The United States District Court
For The Western District Of Washington

| | |
|---|---|
| Chris Hunichen, individually and on behalf of all others similarly situated,<br><br>       *Plaintiff*,<br><br>  v.<br><br>Atonomi LLC, a Delaware LLC, CENTRI Technology, Inc., a Delaware Corporation, Vaughan Emery, David Fragale, Rob Strickland, Kyle Strickland, Don Deloach, Wayne Wisehart, Woody Benson, Michael Mackey, James Salter, and Luis Paris,<br><br>       *Defendants*.<br><br>Atonomi LLC, a Delaware LLC,<br><br>       *Counterclaimant*,<br><br>  v.<br><br>Chris Hunichen,<br><br>       *Counter-Defendant*.<br><br>Atonomi LLC, a Delaware LLC,<br><br>       *Third Party Plaintiff*,<br><br>  v.<br><br>David Patrick Peters, Sean Getzwiller, David Cutler, Chance Kornuth, and Dennis Samuel Blieden,<br><br>       *Counter-Defendants*. | No. 19-2-cv-00615-RAJ-MAT<br><br>[~~Proposed~~]<br>Order Granting Motion To Amend Complaint |

[~~Proposed~~] Order Granting Motion To Amend - i

No. 19-cv-00615-RAJ-MAT

Ard Law Group PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

This matter came to be heard upon Plaintiff Chris Hunichen's ("Plaintiff") Motion to Amend to add parties through filing a Second Amended Complaint (the "Motion," ECF No. 131).

The Court, having considered Plaintiff's Motion, the Exhibits thereto, and all other evidence and argument presented regarding the Motion, finds that Plaintiff has shown good cause to amend.

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

IT IS SO ORDERED.

Dated this <u>6th</u> day of November, 2020.

                Mary Alice Theiler
                United States Magistrate Judge

Presented by:

Ard Law Group PLLC
By: <u>s/Joel B. Ard</u>
Joel B. Ard, WSBA # 40104
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
206.701.9243
Email: Joel@Ard.law

AFN Law PLLC
Angus F. Ni, WSBA # 53828
AFN Law PLLC
506 2nd Ave, Suite 1400
Seattle, WA 98104
646.543.7294
Email: angus@afnlegal.com

THE RESTIS LAW FIRM, P.C
William R. Restis (admitted pro hac vice)
402 West Broadway, Suite 1520
San Diego, CA 92101
619.270.8383
Email: william@restislaw.com

Attorneys for Plaintiffs and Counter-Defendants

[Proposed] Order Granting Motion To Amend - 1
No. 19-cv-00615-RAJ-MAT

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243