UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS HUNICHEN, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>ATONOMI LLC, et al.,<br><br>  Defendants.<br><br>ATONOMI LLC,<br><br>  Counterclaimant/Third-Party Plaintiff,<br><br>  v.<br><br>CHRIS HUNICHEN,<br><br>  Counter-Defendant,<br><br>  &<br><br>DAVID PATRICK PETERS, et al.<br><br>  Third-Party Defendants. | CASE NO. C19-0615-RAJ-MAT<br><br><br><br><br><br>ORDER |

ORDER
PAGE - 1

The Court, having reviewed the Motion to Dismiss Counterclaim and Third Party Claims, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    The Motion to Dismiss Counterclaim and Third Party Claims (Dkt. 96) is DENIED without prejudice; and

(3)    The Clerk is directed to send copies of this Order to counsel and to the Honorable Mary Alice Theiler.

DATED this 23rd day of November, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER
PAGE - 2