THE HONORABLE RICHARD A. JONES
(On Reference to the Honorable Mary Alice Theiler)

In The United States District Court
For The Western District Of Washington

| | |
|---|---|
| Chris Hunichen, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>Atonomi LLC, a Delaware LLC, CENTRI Technology, Inc., a Delaware Corporation, Vaughan Emery, David Fragale, Rob Strickland, Kyle Strickland, Don Deloach, Wayne Wisehart, Woody Benson, Michael Mackey, James Salter, and Luis Paris,<br><br>*Defendants*. | No. 19-2-cv-00615-RAJ-MAT<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) re KYLE STRICKLAND AND LUIS PARIS** |
| Atonomi LLC, a Delaware LLC,<br><br>*Counterclaimant*,<br><br>v.<br><br>Chris Hunichen,<br><br>*Counter-Defendant*. | |
| Atonomi LLC, a Delaware LLC,<br><br>*Third Party Plaintiff*,<br><br>v.<br><br>David Patrick Peters, Sean Getzwiller, David Cutler, Chance Kornuth, and Dennis Samuel Blieden,<br><br>*Counter-Defendants*. | |

NOTICE OF VOLUNTARY DISMISSAL RE KYLE STRICKLAND AND LUIS PARIS — i

No. 2:19-cv-00615-RAJ-MAT

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

1  The parties, by and through their undersigned counsel, hereby stipulate and agree pursuant
2  to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of Plaintiff Chris Hunichen's
3  individual claims against Kyle Strickland and Luis Paris with prejudice, and to the dismissal of the
4  alleged class claims against Kyle Strickland and Luis Paris, without prejudice, with each of the
5  parties to bear their own attorneys' fees and litigation costs.
6  IT IS SO STIPULATED.
7  DATE, February 5, 2021                    Respectfully Submitted,

Ard Law Group PLLC

By: _____

Joel B. Ard, WSBA # 40104
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
206.701.9243
Joel@Ard.law
Attorneys for Plaintiffs

AFN Law PLLC

By: _____

Angus F. Ni, WSBA # 53828
AFN Law PLLC
506 2nd Ave, Suite 1400
Seattle, WA 98104
646.543.7294

THE RESTIS LAW FIRM, P.C
William R. Restis (*admitted pro hac vice*)
402 West Broadway, Suite 1520
San Diego, CA 92101
619.270.8383
Email: william@restislaw.com

ATTORNEYS FOR PLAINTIFF AND THE
PUTATIVE CLASS

MOTION TO DISMISS COUNTER- AND THIRD PARTY CLAIMS — 1
No. 2:19-cv-00615-RAJ-MAT

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

GORDON REES SCULLY MANSUKHANI LLP

By: s/ David W. Silke
David W. Silke, WSBA No. 23761
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822
E-Mails: dsilke@grsm.com

By: s/William Rathbone
Miles Scully (CA SBN: 135853)
William Rathbone (CA SBN: 95864)
Joseph Goodman (CA SBN: 230161)
101 West Broadway, Suite 2000
San Diego, CA 92101
(619) 696-6700
Email: wrathbone@grsm.com

ATTORNEYS FOR DEFENDANTS KYLE STRICKLAND AND LUIS PARIS AND ATONOMI LLC, CENTRI TECHNOLOGY, INC., ROB STRICKLAND, KYLE STRICKLAND, DON DELOACH, WAYNE WISEHART, MICHAEL MACKAY AND JAMES SALTER

DAVIS WRIGHT TREMAINE LLP

By: s/ Brendan T. Mangan
Brendan T. Mangan, WSBA #17231
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
(206) 757-8260
Email: brendanmangan@dwt.com

ATTORNEYS FOR DEFENDANT STEVEN J. "WOODY" BENSON AND LAUNCHCAPITAL, LLC

MOTION TO DISMISS COUNTER- AND THIRD PARTY CLAIMS — 2
No. 2:19-cv-00615-RAJ-MAT

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

MORRISON FOERSTER LLP

By: s/ Jamie A. Levitt
Jamie A. Levitt, admitted *pro hac vice*
250 West 55th Street
New York, NY 10019
(212) 468-8203
jlevitt@mofo.com

ATTORNEYS FOR DEFENDANT STEVEN J. "WOODY" BENSON AND LAUNCHCAPITAL, LLC

HOLLAND & KNIGHT LLP

By: s/ Shannon Armstrong
Shannon Armstrong, WSBA #45947
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: (503) 243-2300
Facsimile: (503) 241-8014
E-Mail: Shannon.armstrong@hklaw.com

ATTORNEYS FOR DEFENDANT M37 VENTURES INC.

HOUSER LLP

By: s/ Robert W. Norman, Jr.
Robert W. Norman, Jr., WSBA #37094
600 University Street, Suite 1708
Seattle, WA 98101
(206) 596-7838
E-Mail: bnorman@houser-law.com

MURPHY & KING, P.C.

By: /s/Steven M. Veenema
Steven M. Veenema, admitted *pro hac vice*
One Beacon Street
21st Floor
Boston, MA
(617) 423-0400
E-mail: sveenema@murphyking.com

ATTORNEYS FOR DEFENDANT DAVID FRAGALE

---

MOTION TO DISMISS COUNTER- AND THIRD PARTY CLAIMS — 3
No. 2:19-cv-00615-RAJ-MAT

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/Kathleen A. Nelson
Kathleen A. Nelson, WSBA #22826
1111 Third Avenue
Seattle, WA 98101
(206) 436-2020
E-mail: kathleen.nelson@lewisbrisbois.com

ATTORNEY FOR DEFENDANT VAUGHAN EMERY

MOTION TO DISMISS COUNTER- AND THIRD PARTY CLAIMS — 4

No. 2:19-CV-00615-RAJ-MAT

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243