THE HONORABLE RICHARD A. JONES
(On Reference to the Honorable Mary Alice Theiler)

In The United States District Court
For The Western District Of Washington

| | |
|---|---|
| Chris Hunichen, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>Atonomi LLC, a Delaware LLC, CENTRI Technology, Inc., a Delaware Corporation, Vaughan Emery, David Fragale, Rob Strickland, Kyle Strickland, Don Deloach, Wayne Wisehart, Woody Benson, Michael Mackey, James Salter, and Luis Paris,<br><br>*Defendants*. | **NOTICE OF CLASS ACTION SETTLEMENT BETWEEN PLAINTIFF CHRIS HUNICHEN AND DEFENDANTS LAUNCHCAPITAL LLC AND WOODY BENSON**<br><br>No. 19-2-cv-00615-RAJ-MAT |
| Atonomi LLC, a Delaware LLC,<br><br>*Counterclaimant*,<br><br>v.<br><br>Chris Hunichen,<br><br>*Counter-Defendant*. | |
| Atonomi LLC, a Delaware LLC,<br><br>*Third Party Plaintiff*,<br><br>v.<br><br>David Patrick Peters, Sean Getzwiller, David Cutler, Chance Kornuth, and Dennis Samuel Blieden,<br><br>*Counter-Defendants*. | |

NTC. OF CLASS ACTION SETTLEMENT BTW. HUNICHEN AND DEFS. LAUNCHCAPITAL & BENSON — i

No. 2:19-cv-00615-RAJ-MAT

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

PLEASE TAKE NOTICE THAT Plaintiff Chris Hunichen has reached an agreement in principle on a class action settlement with Defendants LaunchCapital LLC and Woody Benson. Hunichen, LaunchCapital, and Benson are in the process of documenting the settlement and will make a further filing with the Court seeking approval of the settlement once they have finished documenting it.

Because the agreement in principle involves only two of the Defendants, all dates in this matter remain on-calendar.

March 31, 2021

Respectfully Submitted,

Ard Law Group PLLC

By: _____

Joel B. Ard, WSBA # 40104
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
206.701.9243
Joel@Ard.law
Attorneys for Plaintiffs

AFN Law PLLC

By: _____
Angus F. Ni, WSBA # 53828
AFN Law PLLC
506 2nd Ave, Suite 1400
Seattle, WA 98104
646.543.7294

NTC. OF CLASS ACTION SETTLEMENT BTW. HUNICHEN AND DEFS. LAUNCHCAPITAL & BENSON — 1

No. 2:19-cv-00615-RAJ-MAT

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

By:     */s/ William R. Restis*

THE RESTIS LAW FIRM, P.C
William R. Restis (*admitted pro hac vice*)
402 West Broadway, Suite 1520
San Diego, CA 92101
619.270.8383
Email: william@restislaw.com

ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASS

NTC. OF CLASS ACTION SETTLEMENT BTW. HUNICHEN AND DEFS. LAUNCHCAPITAL & BENSON — 2

No. 2:19-cv-00615-RAJ-MAT

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243