1  The Honorable Richard A. Jones

2  (On Reference to the Honorable S. Kate Vaughan)

3
4
5
6

7  UNITED STATES DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
8  AT SEATTLE

9  | CHRIS HUNICHEN, individually and on behalf of all others similarly situated, | |
10 | | |
11 | Plaintiff, | No. C19-0615-RAJ-SKV |
12 | v. | |
13 | ATONOMI LLC, a Delaware LLC; CENTRI TECHNOLOGY, INC., a Delaware Corporation; LAUNCHCAPITAL, LLC, a Delaware LLC; M37 VENTURES INC., a Nevada Corporation; VAUGHAN EMERY; DAVID FRAGALE; ROB STRICKLAND; KYLE STRICKLAND; DON DELOACH; WAYNE WISEHART; WOODY BENSON; MICHAEL MACKEY; JAMES SALTER; and LUIS PARIS, | STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE PRETRIAL DEADLINES AS TO SETTLING DEFENDANTS ONLY

NOTED FOR CONSIDERATION: SEPTEMBER 3, 2021 |
18 | Defendants. | |
19 | | |
20 | ATONOMI LLC; a Delaware LLC, | |
21 | Counterclaimant, v. | |
22 | CHRIS HUNICHEN, | |
23 | Counter-Defendant. | |

STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE
PRETRIAL DEADLINES AS TO SETTLING DEFENDANTS
(C19-0615-RAJ-SKV)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

4822-1976-8057v.1 0116760-000001

| | |
|---|---|
| 1 | ATONOMI LLC; a Delaware LLC, |
| 2 | Third Party Plaintiff, |
| 3 | v. |
| 4 | DAVID PATRICK PETERS; SEAN GETZWILLER; DAVID CUTLER; CHANCE KORNUTH; and DENNIS SAMUEL BLIEDEN, |
| 5 | |
| 6 | Counter-Defendants. |

## STIPULATION

Plaintiff Chris Hunichen and Defendants LaunchCapital LLC, Woody Benson, and David Fragale ("Settling Defendants") stipulate as follows:

Certain deadlines are approaching under the Order Granting Defendants LaunchCapital LLC and M37 Ventures Inc.'s Motion to Modify Scheduling Order (the "Case Scheduling Order" Dkt. # 169), including deadlines to file discovery motions, to serve opening and rebuttal expert reports, to conclude discovery, and to file dispositive motions.

Plaintiff and the Settling Defendants entered into the Stipulation of Class Action Settlement and Release (the "Settlement"), presented as Exhibit A to the Declaration of Angus Ni (Dkt. # 206). Pursuant to the Settlement, Plaintiff filed a Motion for Preliminary Approval of Partial Class-Wide Settlement ("Preliminary Approval Motion" Dkt. # 205), which is pending before the Court.

The parties to the Settlement have agreed not to pursue discovery or any other actions against each other while seeking approval of the Settlement. The preliminary approval order, if signed, will affirm paragraph 88 of the Settlement, thereby staying all proceedings herein against the Settling Defendants pending entry of an order finally approving the Settlement.

The parties to the Settlement therefore stipulate that the remaining deadlines in the Case Scheduling Order should be vacated with respect to the Settling Defendants only, pending the Court's decision on the Preliminary Approval Motion.

DATED: September 3, 2021

STIPULATION AND [PROPOSED] ORDER TO VACATE
PRETRIAL DEADLINES AS TO SETTLING DEFENDANTS
(C19-0615-RAJ-SKV) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

4822-1976-8057v.1 0116760-000001

| | |
|---|---|
| ARD LAW GROUP PLLC<br><br>By: s/ Joel B. Ard<br>    Joel B. Ard, WSBA #40104<br>P.O. Box 11633<br>Bainbridge Island, WA 98110<br>Tel: 206-701-9243<br>Email: Joel@Ard.law<br><br>AFN LAW PLLC<br><br>By: s/ Angus F. Ni<br>    Angus F. Ni, WSBA #53828<br>506 2nd Ave., Suite 1400<br>Seattle, WA 98104<br>Tel: 646-543-7294<br>Email: angus@afnlegal.com<br><br>William R. Restis, admitted *pro hac vice*<br>THE RESTIS LAW FIRM<br>402 West Broadway, Suite 1520<br>San Diego, CA 92101<br>Tel: 619-270-8383<br>Email: william@restislaw.com<br><br>**Attorneys for Plaintiff** | DAVIS WRIGHT TREMAINE LLP<br><br>By: s/ Brendan T. Mangan<br>    Brendan T. Mangan, WSBA #17231<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Tel: 206-757-8260<br>Email: brendanmangan@dwt.com<br><br>Jamie A. Levitt, admitted *pro hac vice*<br>Haimavathi V. Marlier, admitted *pro hac vice*<br>MORRISON FOERSTER LLP<br>250 West 55th Street<br>New York, NY 10019-9601<br>Tel: 212-468-8203<br>Email: jlevitt@mofo.com<br>Email: hmarlier@mofo.com<br><br>Derek F. Foran, admitted *pro hac vice*<br>MORRISON FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Tel: 415-268-6323<br>Email: dforan@mofo.com<br><br>**Attorneys for Defendants LaunchCapital, LLC and Woody Benson**<br><br>RYAN, SWANSON & CLEVELAND PLLC<br><br>By: s/ Madeline S. Davis<br>    Madeline S. Davis, WSBA # 51261<br>1201 Third Ave., Suite 3400<br>Seattle, WA 98101<br>Tel: 206-464-4224<br>Email: davis@ryanlaw.com<br><br>Steven M. Veenema, admitted *pro hac vice*<br>MURPHY & KING PC<br>One Beacon St., 21st Floor<br>Boston, MA 02108<br>Tel: 617-423-0400<br>Email: sveenema@murphyking.com<br><br>**Attorneys for Defendant David Fragale** |

STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE
PRETRIAL DEADLINES AS TO SETTLING DEFENDANTS
(C19-0615-RAJ-SKV) - 2

4822-1976-8057v.1 0116760-000001

## **ORDER**

Pursuant to the above Stipulation, it is hereby ordered that the remaining deadlines in the Case Scheduling Order are vacated as to the Settling Defendants only.

ENTERED this 7th day of September, 2021.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE
PRETRIAL DEADLINES AS TO SETTLING DEFENDANTS
(C19-0615-RAJ-SKV) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

4822-1976-8057v.1 0116760-000001