UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS HUNICHEN, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>  v.<br><br>ATONOMI LLC, et al.,<br><br>           Defendants.<br><br>ATONOMI LLC,<br><br>           Counterclaimant/Third-Party Plaintiff,<br><br>  v.<br><br>CHRIS HUNICHEN,<br><br>           Counter-Defendant,<br><br>  &amp;<br><br>DAVID PATRICK PETERS, et al.<br><br>           Third-Party Defendants. | C19-0615-RAJ-SKV<br><br>ORDER RE: MOTION TO EXTEND DISCOVERY MOTION DEADLINE AS TO DEPOSITIONS |

    Plaintiff filed a Motion to Extend Discovery Motion Deadline as to Depositions. Dkt. 225.

Defendants Atonomi LLC, CENTRI Technology, Inc., M37 Ventures Inc., Rob Strickland, Wayne

ORDER RE:  MOTION TO EXTEND
DISCOVERY MOTION DEADLINE AS TO
DEPOSITIONS
PAGE - 1

Wisehart, Don DeLoach, Mike Mackey, James Salter, and Vaughan Emery (collectively "Non-Settling Defendants") oppose the motion. Dkt. 227. The Court, having considered the motion, opposition, and the remainder of the record, finds and ORDERS as follows:

(1) Plaintiff seeks an order extending the September 9, 2021 deadline to file discovery motions related to depositions to the November 24, 2021 discovery deadline. In asserting good cause for the extension, Plaintiff points, in part, to the parties' ongoing attempt to schedule depositions during the month of October and the possibility court intervention may be required to resolve discovery issues related to those depositions. Non-Settling Defendants deny good cause for the extension, asserting Plaintiff's lack of diligence and failure to meet and confer prior to filing the motion.

Plaintiff's motion, Dkt. 225, is GRANTED in part and DENIED in part. The Court finds a more limited extension than that requested warranted and appropriate, and herein extends the deadline to file discovery motions as to depositions to **November 1, 2021**. The Court anticipates that the parties will cooperate to ensure the completion of depositions prior to that date in order to avoid the need for any additional court intervention for deposition-related disputes.

(2) The Clerk is directed to send copies of this Order to the parties and to the Honorable Richard A. Jones.

DATED this 21st day of September, 2021.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER RE: MOTION TO EXTEND
DISCOVERY MOTION DEADLINE AS TO
DEPOSITIONS
PAGE - 2