THE HONORABLE RICHARD A. JONES

(On Reference to the Honorable S. Kate Vaughan)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRIS HUNICHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Atonomi LLC, a Delaware LLC, CENTRI Technology, Inc., a Delaware Corporation, Vaughan Emery, David Fragale, Rob Strickland, Kyle Strickland, Don Deloach, Wayne Wisehart, Woody Benson, Michael Mackey, James Salter, and Luis Paris,<br><br>Defendants. | C19-0615-RAJ-SKV<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER |
| Atonomi LLC, a Delaware LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>CHRIS HUNICHEN, an individual,<br><br>Counter-Defendant. | |
| Atonomi LLC, a Delaware LLC,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>DAVID PATRICK PETERS, an individual, SEAN GETZWILLER, an individual, DAVID CUTLER, an individual, and CHANCE KORNUTH, an individual, DENNIS SAMUEL BLIEDEN, an individual,<br><br>Counter-Defendants. | |

GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Ste 2000, San Diego, CA 92101
(619) 696-6700

This matter comes before the Court on Plaintiff Hunichen, Defendant Atonomi, LLC and Third Party Defendants David Patrick Peters, Sean Getzwiller, David Cutler, Chance Kornuth, and Dennis Samuel Blieden's Joint Motion to Continue the Deadline to File Summary Judgment Motions and Deposition Motions as to Third Party Defendants. The Court, having considered the papers submitted in support of and in opposition to the motion, finds that, for good cause shown, the motion should be granted. Now, therefore it is hereby:

ORDERED that the Joint Motion to Continue Deadline to File Summary Judgment Motions and Deposition Motions for Third-Party Defendants is GRANTED. The last day for the Parties to file motions for summary judgment is extended to 60 days after a ruling is issued on both Third Party Defendants' Motion for Judgment on the Pleadings (Dkt. No. 171) and Plaintiff's Motion for Class Certification (Dkt. No. 197). The last day for the Parties to depose and file deposition motions as to Third Party Defendants is extended to 60 days after a ruling on Third Party Defendants' motion for judgment on the pleadings (Dkt. No. 171), unless that motion is granted.

DATED this 12th day of November, 2021.

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/ David W. Silke*
David W. Silke, WSBA No. 23761
GORDON REES SCULLY MANSUKHANI LLP

GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Ste 2000, San Diego, CA 92101
(619) 696-6700

| | |
|---|---|
| 1 | 701 Fifth Avenue, Suite 2100 |
| | Seattle, WA 98104 |
| 2 | Telephone: (206) 695-5100 |
| | Facsimile: (206) 689-2822 |
| 3 | Emails: dsilk@grsm.com |
| 4 | Miles Scully (CA SBN: 135853) |
| | William Rathbone (CA SBN: 95864) |
| 5 | Joseph Goodman (CA SBN: 230161) |
| | Yuo-Fong Chang Amato (CA SBN: 264135) |
| 6 | Oana Constantin (CA SBN: 325226) |
| 7 | GORDON REES SCULLY MANSUKHANI |
| | 101 West Broadway, Suite 2000 |
| 8 | San Diego, CA 92101 |
| | Telephone: (619) 696-6700 |
| 9 | Facsimile: (619) 696-7124 |
| | mscully@grsm.com |
| 10 | wrathbone@grsm.com |
| | jgoodman@grsm.com |
| 11 | bamato@grsm.com |
| 12 | oconstantin@grsm.com |

**Attorneys for Defendants:**

Atonomi LLC; CENTRI Technology, Inc.; Vaughan Emery; Rob Strickland; Kyle Strickland; Don Deloach; Wayne Wisehart; Woody Benson; Michael Mackey; James Salter; and Luis Paris

AFN LAW PLLC

By: */s/ Angus F. Ni*
    Angus F. Ni, WSBA No. 53828
    AFN LAW PLLC
    506 Second Ave., Suite 1400
    Seattle, WA 98104
    Telephone: (773) 543-3223