THE HONORABLE RICHARD A. JONES

(On Reference to the Honorable S. Kate Vaughan)

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CHRIS HUNICHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ATONOMI LLC, a Delaware LLC, CENTRI TECHNOLOGY, INC., a Delaware Corporation, LAUNCHCAPITAL, LLC, a Delaware LLC, M37 VENTURES, INC., a Nevada Corporation, VAUGHAN EMERY, an individual, DAVID FRAGALE, an individual, ROB STRICKLAND, an individual, DON DELOACH, an individual, WAYNE WISEHART, an individual, WOODY BENSON, an individual, MICHAEL MACKEY, an individual, and JAMES SALTER, an individual,<br><br>Defendants. | C19-0615-RAJ-MAT<br><br><br>**STIPULATION TO EXTEND DEADLINES TO FILE OBJECTIONS AND RESPONSES TO THE REPORT AND RECOMMENDATION [ECF 233] REGARDING PLAINTIFF'S CLASS CERTIFICATION MOTION AND THE REPORT AND RECOMMENDATION [ECF 234] REGARDING PLAINTIFF'S PARTIAL SETTLEMENT MOTION AND [PROPOSED] ORDER** |
| Atonomi LLC, a Delaware LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>CHRIS HUNICHEN, an individual,<br><br>Counter-Defendant. | |
| Atonomi LLC, a Delaware LLC,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>DAVID PATRICK PETERS, an individual, SEAN GETZWILLER, an individual, DAVID CUTLER, an individual, and | |

STIPULATION TO EXTEND DEADLINES TO FILE OBJECTIONS AND RESPONSES TO THE MAGISTRATE JUDGE'S REPORTS
No. 19-2-cv-00615-RAJ-MAT

GORDON REES SCULLY MANSUKHANI
101 W. Broadway, Ste 2000, San Diego, CA  92101
(619) 696-6700

| | |
|---|---|
| CHANCE KORNUTH, an individual, <br> DENNIS SAMUEL BLIEDEN, an individual, <br><br> Counter-Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Plaintiff Chris Hunichen ("Plaintiff") and Defendants ATONOMI LLC ("Atonomi"), CENTRI TECHNOLOGY, INC. ("CENTRI"), M37 VENTURES, INC. ("M37"), VAUGHAN EMERY, ROB STRICKLAND, DON DELOACH, WAYNE WISEHART, MICHAEL MACKEY, and JAMES SALTER, (collectively "Defendants") stipulate as follows:

WHEREAS, the current deadline to file objections to the November 12, 2021 Magistrate Judge's Report and Recommendation [ECF 233] Regarding Plaintiff's Motion for Class Certification and the November 12, 2021 Magistrate Judge's Report and Recommendation [ECF 234] Regarding Plaintiff's Motion for Preliminary Approval of Partial Class-Wide Settlement (collectively, the "Reports") is November 26, 2021.

WHEREAS, the current deadline to file responses to any objections to the Reports is December 10, 2021.

WHEREAS, due to the Thanksgiving Holiday and previously scheduled vacations, the parties met and conferred, and agree to a seven-day extension to file objections to the Reports and a seven-day extension to file responses to the objections to the Reports.

WHEREAS, the new deadline to file objections to the Reports is December 3, 2021.

WHEREAS, the new deadline to file responses to objections to the Reports is December 17, 2021.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

The parties shall have a seven-day extension to file objections to the November 12, 2021 Magistrate Judge's Report and Recommendation Regarding Plaintiff's Motion for Class Certification and the November 12, 2021 Magistrate Judge's Report and Recommendation Regarding Plaintiff's Motion for Preliminary Approval of Partial Class-Wide Settlement.  The new deadline to file objections is December 3, 2021.  The parties shall also have a seven-day extension to file responses to any objections filed.  The new deadline to file responses is

STIPULATION TO EXTEND DEADLINES TO FILE  
OBJECTIONS AND RESPONSES TO THE  
MAGISTRATE JUDGE'S REPORTS  
No. 19-2-cv-00615-RAJ-MAT

GORDON REES SCULLY MANSUKHANI  
101 W. Broadway, Ste 2000, San Diego, CA  92101  
(619) 696-6700

December 17, 2021.


SO STIPULATED.


Dated: November 17, 2021        Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI LLP**

By: /s/ David W. Silke
David W. Silke, WSBA No. 23761
Miles Scully (CA SBN: 135853), Admitted Pro Hac Vice
William Rathbone (CA SBN: 95864), Admitted Pro Hac Vice
Yuo-Fong Chang Amato (CA SBN: 261453), Admitted Pro Hac Vice
101 West Broadway, Suite 2000
San Diego, CA 92101
(619) 696-6700
wrathbone@grsm.com

Attorneys for Defendants Atonomi LLC, a Delaware LLC, CENTRI Technology, Inc., a Delaware Corporation, Rob Strickland, Don Deloach, Wayne Wisehart, Michael Mackey, and James Salter


**HOLLAND & KNIGHT LLP**

By: /s/ J. Matthew Donohue
J. Matthew Donohue, WSB #52455
Matt.Donohue@hklaw.com
Shannon Armstrong, WSB #45947
Shannon.Armstrong@hklaw.com
Kristin Asai, WSB #49511
Kristin.Asai@hklaw.com
601 SW Second Avenue, Suite 1800 Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014
Attorneys for Defendant M37 Ventures Inc.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Kathleen A. Nelson
Kathleen A. Nelson, WSB #22826
1111 Third Avenue, Suite 2700
Seattle, WA 98101
Telephone: 206.876.2965
Fax: 206.436.2030
Attorney for Defendant Vaughan Emery

STIPULATION TO EXTEND DEADLINES TO FILE OBJECTIONS AND RESPONSES TO THE MAGISTRATE JUDGE'S REPORTS
No. 19-2-cv-00615-RAJ-MAT

GORDON REES SCULLY MANSUKHANI
101 W. Broadway, Ste 2000, San Diego, CA 92101
(619) 696-6700

**ARD LAW GROUP PLLC**

By:   /s/ *Joel B. Ard*
    Joel B. Ard, WSBA # 40104
    Ard Law Group PLLC
    P.O. Box 11633
    Bainbridge Island, WA 98110
    206.701.9243
    Joel@Ard.law
    Attorneys for Plaintiffs

**AFN Law PLLC**

By:   /s/ *Angus F. Ni*
    Angus F. Ni, WSBA # 53828
    AFN Law PLLC
    506 2nd Ave, Suite 1400
    Seattle, WA 98104
    646.543.7294
    Attorneys for Plaintiffs


**THE RESTIS LAW FIRM, P.C.**

William R. Restis (admitted pro hac vice)
402 West Broadway, Suite 1520
San Diego, CA 92101
619.270.8383

STIPULATION TO EXTEND DEADLINES TO FILE
OBJECTIONS AND RESPONSES TO THE
MAGISTRATE JUDGE'S REPORTS
No. 19-2-cv-00615-RAJ-MAT

GORDON REES SCULLY MANSUKHANI
101 W. Broadway, Ste 2000, San Diego, CA 92101
(619) 696-6700

**[PROPOSED] ORDER**

Based on the foregoing Stipulation:

IT IS HEREBY ORDERED that the parties shall have a seven-day extension to file objections to the November 12, 2021 Magistrate Judge's Report and Recommendation Regarding Plaintiff's Motion for Class Certification and the November 12, 2021 Magistrate Judge's Report and Recommendation Regarding Plaintiff's Motion for Preliminary Approval of Partial Class-Wide Settlement.  The new deadline to file objections is **December 3, 2021**.  The parties shall also have a seven-day extension to file responses to any objections filed.  The new deadline to file responses to objections is **December 17, 2021**.

SO ORDERED.

DATED this 18th day of November, 2021.

*S. Kate Vaughan* (signature)
S. KATE VAUGHAN
United States Magistrate Judge

STIPULATION TO EXTEND DEADLINES TO FILE OBJECTIONS AND RESPONSES TO THE MAGISTRATE JUDGE'S REPORTS
No. 19-2-cv-00615-RAJ-MAT

GORDON REES SCULLY MANSUKHANI
101 W. Broadway, Ste 2000, San Diego, CA  92101
(619) 696-6700