HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRIS HUNICHEN,

    Plaintiff,

    v.

ATONOMI LLC, et al.,

    Defendants.

ATONOMI LLC,

    Counterclaimant/Third-Party Plaintiff,

    v.

CHRIS HUNICHEN,

    Counter-Defendant,

    &

DAVID PATRICK PETERS, et al.

    Third-Party Defendants.

Case No. 19-0615-RAJ-SKV

ORDER RE MOTION FOR CLASS CERTIFICATION

    Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining

ORDER – 1

record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's Motion for Class Certification, Dkt. 197, is GRANTED and this matter is certified as a class action. The class is defined as follows:

> All persons who purchased ATMI tokens via a Series 1 or Series 2 SAFT with Atonomi, LLC in 2018. Excluded from the Class are Defendants and persons or entities directly affiliated with any Defendant, and persons who affirmatively assented to the Atonomi "Terms of Token Sale."

(3) Plaintiff Chris Hunichen is appointed Class Representative. Plaintiff's representatives Joel Ard of Ard Law Group PLLC, Angus Ni of AFN Law PLLC, and William Restis of The Restis Firm, P.C. are appointed Class Counsel for the class.

(4) The parties are ordered to meet and confer concerning a plan to notify the class of certification, and shall jointly propose a form of notice and notice plan for the Court's consideration and approval within twenty-one (21) days of this Order.

(5) The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

DATED this 8th day of August, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER – 2