The Honorable Richard A. Jones
(On Reference to the Honorable S. Kate Vaughan)

In The United States District Court
For The Western District Of Washington

| | |
|---|---|
| Chris Hunichen, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>Atonomi LLC, a Delaware LLC, CENTRI Technology, Inc., a Delaware Corporation, Vaughan Emery, David Fragale, Rob Strickland, Kyle Strickland, Don Deloach, Wayne Wisehart, Woody Benson, Michael Mackey, James Salter, and Luis Paris,<br><br>*Defendants*. | No. C19-0615-RAJ-SKV<br><br>[~~Proposed~~] Order Granting Joint Motion For Class Notice |
| Atonomi LLC, a Delaware LLC,<br><br>*Counterclaimant*,<br><br>v.<br><br>Chris Hunichen,<br><br>*Counter-Defendant*. | |
| Atonomi LLC, a Delaware LLC,<br><br>*Third Party Plaintiff*,<br><br>v.<br><br>David Patrick Peters, Sean Getzwiller, David Cutler, Chance Kornuth, and Dennis Samuel Blieden,<br><br>*Counter-Defendants*. | |

[~~Proposed~~] Order
No. C19-0615-RAJ-SKV

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

1   This matter came to be heard upon the Parties' Joint Motion for Class Notice (the "Motion,"
2   ECF No. 249).
3   IT IS HEREBY ORDERED that the Motion is GRANTED as follows:
4   1. Plaintiff shall proceed to give notice to the Class in the form of the Notices appended to
5   the Declaration of Angus Ni and according to the Notice Plan detailed in the Motion.
6   ENTERED this 8th day of September, 2022.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge

///
///

[~~Proposed~~] Order
No. C ~~19-0615~~ RAJ-SKV

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

Presented this August 29, 2022:

Ard Law Group PLLC

By: /s/ Joel B. Ard

Joel B. Ard, WSBA # 40104
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
206.701.9243
Joel@Ard.law
Attorneys for Plaintiff and Counter-Defendants

AFN Law PLLC

By: /s/ Angus F. Ni

Angus F. Ni, WSBA # 53828
AFN Law PLLC
506 2nd Ave, Suite 1400
Seattle, WA 98104
646.543.7294
Attorneys for Plaintiff and Counter-Defendants

The Restis Law Firm, P.C

By: /s/ William R. Restis

William R. Restis (admitted pro hac vice)
402 West Broadway, Suite 1520
San Diego, CA 92101
619.270.8383
william@restislaw.com
Attorneys for Plaintiff and Counter-Defendants