HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRIS HUNICHEN,

    Plaintiff,

v.

ATONOMI LLC, et al.,

    Defendants.

ATONOMI LLC,

    Counterclaimant/Third-Party Plaintiff,

v.

CHRIS HUNICHEN,

    Counter-Defendant,

&

DAVID PATRICK PETERS, et al.

    Third-Party Defendants.

Case No. 19-0615-RAJ-SKV

ORDER RE MOTION FOR PRELIMINARY APPROVAL OF PARTIAL CLASS-WIDE SETTLEMENT

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining

ORDER – 1

record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's Motion for Preliminary Approval of Partial Class-Wide Settlement, Dkt. 205, is GRANTED and the Court will separately enter the Order Preliminarily Approving Settlement and Providing for Notice, Dkt. 205-1. In so doing, the Court will preliminarily approve the proposed Settlement and the form and manner of disseminating notice; appoint Plaintiff as Representative and his counsel as Class Counsel for the Settlement Class; appoint JND as Settlement Administrator and Signature Bank as Escrow Agent; and adopt the proposed schedule. *See* Dkt. 205-1.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

DATED this 12th day of September, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2