THE HONORABLE RICHARD A. JONES
(On Reference to the Honorable S. Kate Vaughn)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRIS HUNICHEN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ATONOMI LLC, a Delaware LLC, CENTRI TECHNOLOGY, INC., a Delaware Corporation, VAUGHAN EMERY, DAVID FRAGALE, ROB STRICKLAND, DON DELOACH, WAYNE WISEHART, WOODY BENSON, MICHAEL MACKEY, and JAMES SALTER,<br><br>*Defendants*. | |
| ATONOMI LLC, a Delaware LLC,<br><br>*Counterclaimant*,<br><br>v.<br><br>CHRIS HUNICHEN,<br><br>*Counter-Defendant*. | No. 19-2-cv-00615-RAJ-SKV<br><br>JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II) RE M37 VENTURES, INC. |
| ATONOMI LLC, a Delaware LLC,<br><br>*Third Party Plaintiff*,<br><br>v.<br><br>DAVID PATRICK PETERS, SEAN GETZWILLER, DAVID CUTLER, CHANCE KORNUTH, and DENNIS SAMUEL BLIEDEN,<br><br>*Counter-Defendants*. | |

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

1  The parties, by and through their undersigned counsel, hereby stipulate and agree pursuant
2  to Federal Rule of Civil Procedure 41 to the dismissal of Plaintiff Chris Hunichen's individual
3  claims, and to the dismissal of the class claims, against M37 Ventures, Inc. with prejudice, with
4  each of the parties to bear their own attorneys' fees and litigation costs.
5  ///
6  October 6, 2022.

ARD LAW GROUP PLLC

By: _____

Joel B. Ard, WSBA # 40104
ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
206.701.9243
Joel@Ard.law
Attorneys for Plaintiffs and Counter-Defendants

AFN LAW PLLC

By: _____

Angus F. Ni, WSBA # 53828
AFN LAW PLLC
506 2nd Ave, Suite 1400
Seattle, WA 98104
646.543.7294
Attorneys for Plaintiffs and Counter-Defendants

FRCP 41 STIP OF DISMISSAL RE: M37 - 1
No. 19-2-00615-RAJ-SKV

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

THE RESTIS LAW FIRM, P.C

By: */s/ William R. Restis*
William R. Restis (admitted pro hac vice)
402 West Broadway, Suite 1520
San Diego, CA 92101
619.270.8383
william@restislaw.com

Attorneys for Plaintiffs and Counter-Defendants

HOLLAND & KNIGHT LLP

By: _____
J. Matthew Donohue, WSBA # 52455
Email: matt.donohue@hklaw.com
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

Attorneys for M37 Ventures Inc.

FRCP 41 STIP OF DISMISSAL RE: M37 - 2

No. 19-2-00615-RAJ-SKV

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243