The Honorable Richard A. Jones
(On Reference to the Honorable S. Kate Vaughn)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS HUNICHEN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ATONOMI LLC, A DELAWARE LLC, CENTRI TECHNOLOGY, INC., A DELAWARE CORPORATION, VAUGHAN EMERY, DAVID FRAGALE, ROB STRICKLAND, DON DELOACH, WAYNE WISEHART, WOODY BENSON, MICHAEL MACKEY, AND JAMES SALTER,<br><br>*Defendants*. | No. C19-0615-RAJ-SKV<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF AND CLASS REPRESENTATIVE CHRIS HUNICHEN'S, AND THIRD PARTY DEFENDANTS' UNOPPOSED MOTION FOR OVERLENGTH MOTION FOR SUMMARY JUDGMENT |
| ATONOMI LLC, A DELAWARE LLC,<br><br>*Counterclaimant*,<br><br>v.<br><br>CHRIS HUNICHEN,<br><br>*Counter-Defendant*. | |
| ATONOMI LLC, A DELAWARE LLC,<br><br>*Third Party Plaintiff*,<br><br>v.<br><br>DAVID PATRICK PETERS, SEAN GETZWILLER, DAVID CUTLER, CHANCE KORNUTH, AND DENNIS SAMUEL BLIEDEN,<br><br>*Counter-Defendants*. | |

Based on the request by class representative Chris Hunichen ("Hunichen") and third-party defendants David Patrick Peters, Sean Getzwiller, David Cutler, Chance Kornuth, and Dennis Samuel Blieden (the "TPDs") to file an overlength Motion for Summary Judgment, IT IS HEREBY ORDERED that the request for overlength briefing, Dkt. 253, is hereby GRANTED and Hunichen and the TPDs shall be allowed no more than forty pages total (excluding captions, table of contents, table of authorities, and signature blocks) for their motion(s) for summary judgment on: (i) Plaintiff's affirmative WSSA claims; and (ii) on Defendants' Counter and Third-Party Claims.

The motions may be filed in two briefs.

Dated this 7th day of October, 2022.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

[Proposed] Order on Motion for Overlength Motion for Summary Judgment - 1

No. 2:19-cv-00615-RAJ-SKV

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243