HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRIS HUNICHEN,

    Plaintiff,

  v.

ATONOMI LLC, et al.,

    Defendants.

ATONOMI LLC,

    Counterclaimant/Third-Party Plaintiff,

  v.

CHRIS HUNICHEN,

    Counter-Defendant,

  &amp;

DAVID PATRICK PETERS, et al.

    Third-Party Defendants.

Case No. 19-0615-RAJ-SKV

ORDER RE MOTIONS FOR SUMMARY JUDGMENT

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

ORDER – 1

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's Motion for Summary Judgment, Dkt. 265, is DENIED.

(3) Atonomi and CENTRI's Motion for Summary Judgment, Dkt. 268, is DENIED.

(4) Vaughan Emery's Motion for Summary Judgment, Dkt. 270, is DENIED.

(5) Defendants Rob Strickland's, Don DeLoach's, Wayne Wisehart's, Michael Mackey's, and James Salter's Motion for Summary Judgment, Dkt. 269, is GRANTED in part and DENIED in part, and only Plaintiff's claims against Michael Mackey are DISMISSED with prejudice.

(6) Counterclaim and Third Party Defendants' Motion for Summary Judgment, Dkt. 257, is GRANTED and the counterclaims and third party claims are DISMISSED with prejudice.

(7) The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

DATED this 27th day of June, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2